B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## SOUTHERN District Of TEXAS

In re POSIGEN, PBC, et al., ) Case No. 25-90787(CML)
Debtor )
) Chapter 11
)
ALEX RUPERTO and TANISHA SMITH )
on behalf of themselves and all others similarly situated, )
)
Plaintiff )
POSIGEN, PBC; POSIGEN, LLC,; POSIGEN OPERATIONS, LLC; )
POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, )
POSIGEN HOLDINGS, LLC.; POSIGEN RAMPART HOLDCO, ) Adv. Proc. No. 25-03833
LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC, )
AND POSIGEN OWNER 3, LLC )
)
Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
**Walker D. Moller**
**Siri Glimstad LLP**
**1005 Congress Avenue, Suite 925-c36**
**Austin, TX, 78701**
**Direct: 717-967-5529**
**wmoller@sirillp.com**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:  **POSIGEN, PBC**
   **c/o Capital Corporate Services, Inc.**
   **8550 United Plaza Building II, Suite 305**
   **Baton Rouge, LA 70809**

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

   Print Name: _____

   Business Address: _____

   _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## SOUTHERN District Of TEXAS

In re POSIGEN, PBC, et al., ) Case No. 25-90787(CML)
Debtor )
) Chapter 11
ALEX RUPERTO and TANISHA SMITH )
on behalf of themselves and all others similarly situated, )
Plaintiff )
POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC; )
POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, )
POSIGEN HOLDINGS, LLC.; POSIGEN RAMPART HOLDCO, ) Adv. Proc. No. 25-03833
LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC, )
AND POSIGEN OWNER 3, LLC )
v. )
Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Walker D. Moller
Siri Glimstad LLP
1005 Congress Avenue, Suite 925-c36
Austin, TX, 78701
Direct: 717-967-5529
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN DEVELOPER, LLC**
**c/o Capital Corporate Services, Inc.**
**8550 United Plaza Building II, Suite 305**
**Baton Rouge, LA 70809**

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

**SOUTHERN** District Of **TEXAS**

In re **POSIGEN, PBC, et al.**,  
**Debtor**

Case No. **25-90787(CML)**

Chapter **11**

**ALEX RUPERTO and TANISHA SMITH**  
on behalf of themselves and all others similarly situated,  
**Plaintiff**

v.

**POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, POSIGEN HOLDINGS, LLC.; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC, AND POSIGEN OWNER 3, LLC**  
**Defendant**

Adv. Proc. No. **25-03833**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**  
**515 Rusk Street**  
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  
Walker D. Moller  
Siri Glimstad LLP  
1005 Congress Avenue, Suite 925-c36  
Austin, TX, 78701  

Direct: 717-967-5529  
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*  
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN HOLDINGS, LLC**
**c/o Capital Corporate Services, Inc.**
**8550 United Plaza Building II, Suite 305**
**Baton Rouge, LA 70809**

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____
_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## SOUTHERN District Of TEXAS

In re: POSIGEN, PBC, et al., Debtor

Case No. 25-90787(CML)

Chapter 11

ALEX RUPERTO and TANISHA SMITH, on behalf of themselves and all others similarly situated,
Plaintiff

v.

POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC, POSIGEN PROVIDER LLC, POSIGEN HOLDINGS, LLC.; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POSIGEN OWNER 2, LLC, AND POSIGEN OWNER 3, LLC
Defendant

Adv. Proc. No. 25-03833

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
**Walker D. Moller**
**Siri Glimstad LLP**
**1005 Congress Avenue, Suite 925-c36**
**Austin, TX, 78701**
**Direct: 717-967-5529**
**wmoller@sirillp.com**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: December 11, 2025

*Nathan Ochsner, Clerk of Court*

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN OPERATIONS, LLC**
**c/o Capital Corporate Services, Inc.**
**8550 United Plaza Building II, Suite 305**
**Baton Rouge, LA 70809**

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____

B2500A (Form 2500A) (12/15)

## United States Bankruptcy Court

__SOUTHERN__ District Of __TEXAS__

In re __POSIGEN, PBC, et al.__,
Debtor

Case No. __25-90787(CML)__

Chapter __11__

ALEX RUPERTO and TANISHA SMITH
on behalf of themselves and all others similarly situated,
Plaintiff

v.

POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, POSIGEN HOLDINGS, LLC.; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POIGEN OWNER 2, LLC, AND POSIGEN OWNER 3, LLC
Defendant

Adv. Proc. No. __25-03833__

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Walker D. Moller
Siri Glimstad LLP
1005 Congress Avenue, Suite 925-c36
Austin, TX, 78701
Direct: 717-967-5529
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

_s/ Daniel Maccio_
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN OWNER 2, LLC**
                   **c/o Capital Corporate Services, Inc.**
                   **8550 United Plaza Building II, Suite 305**
                   **Baton Rouge, LA 70809**

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

         Print Name:     _____

         Business Address:     _____

                              _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

**SOUTHERN** District Of **TEXAS**

In re **POSIGEN, PBC, et al.**,
Debtor

Case No. **25-90787(CML)**

Chapter **11**

**ALEX RUPERTO and TANISHA SMITH**
on behalf of themselves and all others similarly situated,
Plaintiff

v.

POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, POSIGEN HOLDINGS, LLC; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC, AND POSIGEN OWNER 3, LLC
Defendant

Adv. Proc. No. **25-03833**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Walker D. Moller
Siri Glimstad LLP
1005 Congress Avenue, Suite 925-c36
Austin, TX, 78701
Direct: 717-967-5529
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025



*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN OWNER 3, LLC**
**c/o Capital Corporate Services, Inc.**
**8550 United Plaza Building II, Suite 305**
**Baton Rouge, LA 70809**

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### SOUTHERN District Of TEXAS

In re POSIGEN, PBC, et al.,  
Debtor

Case No. 25-90787(CML)

Chapter 11

ALEX RUPERTO and TANISHA SMITH  
on behalf of themselves and all others similarly situated,

Plaintiff

v.

POSIGEN, PBC; POSIGEN, LLC,; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, POSIGEN HOLDINGS, LLC,; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC, AND POSIGEN OWNER 3, LLC

Defendant

Adv. Proc. No. 25-03833

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**  
**515 Rusk Street**  
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  
Walker D. Moller  
Siri Glimstad LLP  
1005 Congress Avenue, Suite 925-c36  
Austin, TX, 78701  
Direct: 717-967-5529  
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*  
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN PROVIDER, LLC**
**c/o Capital Corporate Services, Inc.**
**8550 United Plaza Building II, Suite 305**
**Baton Rouge, LA 70809**

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### SOUTHERN District Of TEXAS

In re __POSIGEN, PBC, et al.__,   ) Case No. __25-90787(CML)__
          Debtor   )
             ) Chapter __11__

ALEX RUPERTO and TANISHA SMITH
on behalf of themselves and all others similarly situated,   )
          Plaintiff   )

POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC;
POSIGEN DEVELOPER, LLC, POSIGEN PROVIDER LLC,
POSIGEN HOLDINGS, LLC; POSIGEN RAMPART HOLDCO,
LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC,
AND POSIGEN OWNER 3, LLC   ) Adv. Proc. No. __25-03833__
          Defendant   )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Walker D. Moller
Siri Glimstad LLP
1005 Congress Avenue, Suite 925-c36
Austin, TX, 78701
Direct: 717-967-5529
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

- ❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN RAMPART HOLDCO, LLC**
  **c/o Capital Corporate Services, Inc.**
  **8550 United Plaza Building II, Suite 305**
  **Baton Rouge, LA 70809**

- ❏ Residence Service: By leaving the process with the following adult at:

- ❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❏ Publication: The defendant was served as follows: [Describe briefly]

- ❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name:   _____

Business Address:   _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__SOUTHERN__ District Of __TEXAS__

In re __POSIGEN, PBC, et al.__,
   Debtor

Case No. __25-90787(CML)__

Chapter __11__

ALEX RUPERTO and TANISHA SMITH
on behalf of themselves and all others similarly situated,
   Plaintiff

v.

POSIGEN, PBC; POSIGEN, LLC;; POSIGEN OPERATIONS, LLC;
POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC,
POSIGEN HOLDINGS, LLC,; POSIGEN RAMPART HOLDCO,
LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC,
AND POSIGEN OWNER 3, LLC
   Defendant

Adv. Proc. No. __25-03833__

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Walker D. Moller
Siri Glimstad LLP
1005 Congress Avenue, Suite 925-c36
Austin, TX, 78701
Direct: 717-967-5529
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: **POSIGEN RAMPART, LLC**
  **c/o Capital Corporate Services, Inc.**
  **8550 United Plaza Building II, Suite 305**
  **Baton Rouge, LA 70809**

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__SOUTHERN__ District Of __TEXAS__

In re __POSIGEN, PBC, et al.__,   ) Case No. __25-90787(CML)__
      Debtor   )
      ) Chapter __11__

ALEX RUPERTO and TANISHA SMITH
on behalf of themselves and all others similarly situated,   )
      Plaintiff   )
POSIGEN, PBC; POSIGEN, LLC,; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC, PROSIGEN PROVIDER LLC, POSIGEN HOLDINGS, LLC.; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POISGEN OWNER 2, LLC, AND POSIGEN OWNER 3, LLC
v.   ) Adv. Proc. No. __25-03833__
      Defendant   )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Walker D. Moller
Siri Glimstad LLP
1005 Congress Avenue, Suite 925-c36
Austin, TX, 78701
Direct: 717-967-5529
wmoller@sirillp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2025

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:  **POSIGEN, LLC**
  **c/o Capital Corporate Services, Inc.**
  **8550 United Plaza Building II, Suite 305**
  **Baton Rouge, LA 70809**

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name: _____

Business Address: _____

_____