| Attorney or Party without Attorney:<br>Walker D. Moller, Esq.<br>Siri & Glimstad<br>1005 Congress Ave Suite 925-C36<br>Austin, TX 78701<br>　Telephone No: | | For Court Use Only |
|---|---|---|
| 　Attorney For:   Plaintiffs and the Proposed Class | Ref. No. or File No.:<br>14550 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USBC Southern District of Texas Houston Division | | |
| Plaintiff:   ALEX RUPERTO and TANISHA SMITH, et al.<br>Defendant:   POSIGEN, PBC; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25-03833 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN AN ADVERSARY PROCEEDING; ADVERSARY PROCEEDING COVER SHEET; CLASS ACTION ADVERSARY PROCEEDING COMPLAINT; [PROPOSED] SUMMONS IN AN ADVERSARY PROCEEDING; [PROPOSED] SUMMONS IN AN ADVERSARY PROCEEDING

3. a.  Party served:    POSIGEN, PBC
   b.  Person served:   Robin Blair, authorized to accept service for Capital Corp Services., Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   8550 United Plaza Boulevard Bldg II Suite 305, Baton Rouge, LA 70809

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 15 2025 (2) at: 02:00 PM

6. **Person Who Served Papers:**
   a. Herbert Bastistella ()
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/16/2025
(Date)                                                                                          (Signature)



PROOF OF SERVICE

14778307
(19022673)