| Attorney or Party without Attorney:<br>Walker D. Moller, Esq.<br>Siri & Glimstad<br>1005 Congress Ave Suite 925-C36<br>Austin, TX 78701<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney For: **Plaintiff** | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>USBC Southern District of Texas Houston Division | | |
| Plaintiff: ALEX RUPERTO and TANISHA SMITH, et al.<br>Defendant: POSIGEN, PBC; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25-03833 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN AN ADVERSARY PROCEEDING; CLASS ACTION ADVERSARY PROCEEDING COMPLAINT; ADVERSARY PROCEEDING COVER SHEET; [PROPOSED] SUMMONS IN AN ADVERSARY PROCEEDING; [PROPOSED] SUMMONS IN AN ADVERSARY PROCEEDING

3. *a. Party served:* PosiGen Operations, LLC
   *b. Person served:* Madeline Jackson, Authorized to Accept Service for Capitol Services Inc., Agent for Service of Process , Caucasian , Female , Age: 30s , Hair: Brown , Height: 5'3" , Weight: 250 , authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 108 Lakeland Avenue, Dover, DE 19901

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 06 2026 (2) at: 03:40 PM

6. *Person Who Served Papers:*
   a. Tina Irizarry ()
   **b. FIRST LEGAL**
   2920 N. GREEN VALLEY PARKWAY, SUITE 514
   HENDERSON, NV 89014
   c. (888) 599-5039

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

1/7/26
*(Date)*

*(Signature)*



PROOF OF
SERVICE

*14905549*
*(19022950)*